PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant for Offender Under Supervision

**Name of Offender:** Al-Jenon Wallace  **Docket Number:** 05-00849-002
                                        **PACTS Number:** 39408

**Name of Sentencing Judicial Officer:** HONORABLE Katharine S. Hayden, United States District Judge

**Date of Original Sentence:** 05/23/2007

**Original Offense:** RACKETEERING

**Original Sentence:** 70 months imprisonment; 5 years supervised release. Special conditions: Gang association prohibition, drug and alcohol treatment and testing, financial disclosure.

**Type of Supervision:** Supervised release  **Date Supervision Commenced:** 05/29/09

**Assistant U.S. Attorney:** Serina Vash, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Frank Arleo, 622 Eagle Rock Avenue, West Orange, New Jersey 07052

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the supervision condition which states '**The defendant is to refrain from associating with, or being in the company of, any members of the Bloods street gang, or members of any other street gang. The defendant shall be restricted from frequenting any location where the Bloods street gang members are known to congregate or meet; shall not wear, display, use, or possess any insignia, emblem, logo, jewelry, cap, hat, bandana, shoelace, or any article of clothing which has any Bloods significance or is evidence of affiliation with, or membership in the Bloods street gang.**' On September 3, 2009, Wallace associated with and was in the company of Blood street gang members Tyheed Parker and Jabar Pharmes. The offender and gang members Parker and Pharmes were meeting and congregating in an area of Jersey City controlled by the Bloods. Parker is Wallace's codefendant and a ranking member of the Double ii Blood set, and Pharmes is a member of the Sex, Money, Murder Blood set, based in Jersey City. |

PROB 12C - Page 2
Al-Jenon Wallace

2. The offender has violated the supervision condition which states '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**' Wallace used a Controlled Dangerous Substance (Cocaine) as evidenced by a sweat patch examination on June 18, 2009. He used opiates as evidenced by a urine specimen sample submitted on June 19, 2009. The offender did not abide by the rules of the drug testing program in the Western District of Oklahoma in that he tampered with the sweat patch on or about June 11 and June 19, 2009. Wallace did not abide by the rules of the drug testing program in the District of New Jersey in that he did not telephone the Code a Phone daily drug testing system on eleven (11) dates from August 4, 2009 through September 8, 2009.

3. The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of any change in residence or employment.**' Wallace was not at his last claimed residence on September 11, 2009 and reliable sources stated he was not living there.

4. The offender has violated the supervision condition which states '**You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.**' On September 3, 2009, Wallace associated with felons Tyheed Parker and Jabar Pharmes in Jersey City, New Jersey.

5. The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**' On September 3, 2009, Wallace was questioned by the Jersey City Police Gang Unit. The offender did not notify his probation officer regarding his law enforcement contact within 3 days or at any time thereafter.

I declare under penalty of perjury that the foregoing is true and correct.

By: Thomas Stone
Senior U.S. Probation Officer
Date: 9/14/09

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

9/14/09
Date