UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

```
- - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA         :  Hon. Katharine S. Hayden
                                 :
             v.                  :  Crim. No. 05-849 (KSH)
                                 :
AL-JENON WALLACE                 :  ORDER:
- - - - - - - - - - - - - - - - -x
```

This matter having come before the Court on the Petition of Senior U.S. Probation Officer Thomas Stone of the U.S. Probation Office, for a finding that AL-JENON WALLACE has violated the terms of his supervised release; and a Hearing on the Violation of Supervised Release having been held on November 9, 2009, and the United States Attorney's Office (Serina M. Vash, Assistant United States Attorney, appearing), and counsel for defendant AL-JENON WALLACE (Chester M. Keller, First Assistant Federal Public Defender, appearing) having appeared therefore; and it appearing that AL-JENON WALLACE pled GUILTY to Violation Number One, which violation charged AL-JENON WALLACE with having associated with and having been in the company of members of the Bloods and other street gangs; and the Court having adjudged him GUILTY of the same violation on the record in open court;

It is hereby ORDERED that the sentencing for AL-JENON WALLACE shall be adjourned until January 28, 2010 at 10:00 a.m.; and it is further

ORDERED that AL-JENON WALLACE shall make every effort to secure and begin employment prior to his January sentencing date; and it is further

ORDERED that AL-JENON WALLACE shall be released pending sentencing and shall remain on house arrest at a place and under conditions approved by U.S. Probation; and it is further

ORDERED that AL-JENON WALLACE shall be placed on home electronic monitoring, if a home phone line can be established at the residence approved by U.S. Probation, but the same shall not be an impediment to his release if not feasible; and it is further

ORDERED that AL-JENON WALLACE shall appear for sentencing on this matter on January 28, 2010 at 10:00 a.m.

So Ordered.

_____
HON. KATHARINE S. HAYDEN
United States District Judge