PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant for Offender Under Supervision

**Name of Offender:** Al-Jenon Wallace      **Docket Number:** 05-00849-002
    **PACTS Number:** 39408

**Name of Sentencing Judicial Officer:** HONORABLE KATHARINE S. HAYDEN
UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 05/23/2007

**Original Offense:** RACKETEERING

**Original Sentence:** 70 months imprisonment; 5 years supervised release. Special conditions: Gang association prohibition, drug and alcohol treatment and testing, financial disclosure.

**Type of Supervision:** Supervised release      **Date Supervision Commenced:** 05/29/09

**Assistant U.S. Attorney:** Serina Vash, 970 Broad Street, Room 502 Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** Chester Keller, Assistant Federal Public Defender, 1002 Broad Street, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the supervision condition which states **'You shall not commit another federal, state, or local crime.'** On January 20, 2010, Newark Police arrested Wallace and charged him with Distribution of a Controlled Dangerous Substance and Conspiracy to Sell Narcotics. |
| 2. | The offender has violated the supervision condition which states **'The defendant is to refrain from associating with, or being in the company of, any members of the Bloods street gang, or members of any other street gang. The defendant shall be restricted from frequenting any location where the Bloods street gang members are known to congregate or meet; shall not wear, display, use, or possess any insignia, emblem, logo, jewelry, cap, hat, bandana, shoelace, or any article of clothing which has any Bloods significance or is evidence of affiliation with, or membership in the Bloods street gang.'** On January 20, 2010, Wallace associated with and was in the |

PROB 12C - Page 2
Al-Jenon Wallace

company of Blood street gang member Isaiyah Grissom. The offender and gang member Grissom were together at the Robert Treat Hotel in Newark as part of their involvement in drug distribution activity prior to their arrest together. Grissom is Wallace's codefendant and member of the Double ii Blood set.

3. The offender has violated the supervision condition which states '**The defendant is to be confined to his residence commencing at the direction of the U.S. Probation Office. The defendant shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. The defendant shall permit the probation officer access to the residence at all times. The defendant shall comply with any other specific conditions of home confinement as the probation officer requires.** On January 20, 2010 at 11 PM, Wallace was not at his residence located at 292 North Walnut Street in East Orange as evidenced by his arrest with felon Isaiyah Grissom at 50 Park Place in Newark.

I declare under penalty of perjury that the foregoing is true and correct.

*Thomas Stone*

By: Thomas Stone
Senior U.S. Probation Officer /
Intensive Supervision Specialist
Date: 1/25/10

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

1/25/10
Date