UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

```
- - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA           :   Hon. Katharine S. Hayden
                                   :
              v.                   :   Crim. No. 05-849 (KSH)
                                   :
AL-JENON WALLACE                   :   ORDER:
- - - - - - - - - - - - - - - - - -x
```

  This matter having come before the Court on the Second Petition of Senior U.S. Probation Officer Thomas Stone of the U.S. Probation Office, for a finding that AL-JENON WALLACE has violated the terms of his supervised release and upon the joint application of the United States Attorney's Office (Serina M. Vash, Assistant United States Attorney, appearing), and counsel for defendant AL-JENON WALLACE (Chester M. Keller, First Assistant Federal Public Defender, appearing) for an order seeking that Mr. Wallace be placed in community confinement at Toler House for a period of three months, until October 1, 2010; and

  It appearing that AL-JENON WALLACE appeared before this Court on November 9, 2009 and pled GUILTY to Violation Number One of a First Petition for Violation of Supervised Release, which violation charged AL-JENON WALLACE with having associated with and having been in the company of members of the Bloods and other street gangs, which violation is a Grade C Violation; and the Court having adjudged him GUILTY of the same violation on the

record in open court on November 9, 2009 but having postponed his sentencing for the purpose of allowing Mr. Wallace to secure employment; and

It appearing a Second Petition for Violation of Supervised Release was filed in January 2010, prior to Mr. Wallace's sentencing, which Petition charged AL-JENON WALLACE with: (1) Violation One: commission of another offense; (2) Violation Two: having associated with and having been in the company of members of the Bloods and other street gangs; and (3) Violation Three: failing to comply with conditions of home confinement; and

It appearing that AL-JENON WALLACE intends to enter a plea of GUILTY on July 7, 2010 to Violation Number Two of a Second Petition for Violation of Supervised Release, which violation charges AL-JENON WALLACE with having associated with and having been in the company of members of the Bloods and other street gangs, which is a Grade C Violation; and

It appearing that AL-JENON WALLACE is a Criminal History Category IV, and therefore faces 6-12 months on each of the above-referenced violations; and

It appearing that AL-JENON WALLACE has been in custody for approximately 6 months time;

It is on this ___ day of July, 2010 hereby

ORDERED that AL-JENON WALLACE is sentenced on both violations to time served and a period of three months of community confinement at Toler House, as recommended by United States Probation and agreed to by the parties; and it is further

ORDERED that AL-JENON WALLACE shall be detained pending his transfer to Toler House, which transfer shall take place within one week of the date of this order; and is further

ORDERED that if Toler House cannot provide a bed to AL-JENON WALLACE within one week of this order, the Court shall immediately be notified by United States Probation.*

So Ordered.

HON. KATHARINE S. HAYDEN
United States District Judge

*and it is further
ORDERED (a) violations 1 & 3 are dismissed from Petition dated 1/25/10; & (b) all other conditions of supervised release remain intact.