PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant for Offender Under Supervision

**Name of Offender:** Al-Jenon Wallace                           **Docket Number:** 05-00849-002
                                                                  **PACTS Number:** 39408

**Name of Sentencing Judicial Officer:** HONORABLE KATHARINE S. HAYDEN
                                         UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 05/23/2007

**Original Offense:** RACKETEERING

**Original Sentence:** 70 months imprisonment; 5 years supervised release. Special Conditions: Gang association prohibition, drug and alcohol treatment & testing, financial disclosure.

**Type of Supervision:** Supervised release                      **Date Supervision Commenced:** 5/29/09

**Assistant U.S. Attorney:** Amy Lauria, 970 Broad Street, Room 502 Newark, New Jersey 07102; (973) 645-2700

**Defense Attorney:** Chester Keller, First Assistant Federal Public Defender, 1002 Broad Street, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the standard supervision condition which states 'You shall not commit another federal, state, or local crime.' On February 17, 2011, East Orange Police arrested Wallace and charged him with Terroristic Threats (Domestic Violence) for an offense which occurred on January 23, 2011. |
| 2. | The offender has violated the standard supervision condition which states 'You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.' On February 17, 2011, Wallace was arrested and questioned by the East Orange Police. He did not inform the probation officer about the law enforcement contact on or before February 21, 2011 or at any time thereafter. |

PROB 12C - Page 2
Al-Jenon Wallace

3. The offender has violated the special supervision condition which states '**You shall refrain from the use of alcohol and shall submit to testing to ensure compliance.**' On or about January 20, 2011, Wallace used alcohol and admitted his usage to Probation. On January 23, 2011, the offender used alcohol prior to committing the offense of Terroristic Threats on that date.

I declare under penalty of perjury that the foregoing is true and correct.

By: Thomas Stone
Senior U.S. Probation Officer /
Intensive Supervision Specialist
Date: 2/24/11

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

2/28/11
Date